UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES - MOTION HEARING

UNITED STATES OF AMERICA

v.                                                              CAUSE NO. 3:07CR192-B-A

RICHARD F. "DICKIE" SCRUGGS,
DAVID ZACHARY SCRUGGS, AND
SIDNEY A. BACKSTROM

**Date & Time Began:**   February 20, 2008- 9:00 AM
**Date & Time Ended:**   February 21, 2008- 3:30 PM

**Total Time:** 9hr. 45 min.

**PRESENT:**

**HONORABLE NEAL B. BIGGERS, JR..
SENIOR U.S. DISTRICT JUDGE**

Nita Morris                                                     Rita Sisk
Courtroom Deputy Clerk                                          Official Court Reporter

**Attorney(s) for Gov't**                                       **Attorney(s) for Defendant(s):**
David A. Sanders                                                John W. Keker
Robert H. Norman                                                Brook Dooley
Thomas W. Dawson                                                Jan Nielsen Little
                                                                Travis LeBlanc
                                                                Warren A. Braunig
                                                                Nathan P. Garrett
                                                                Todd P. Graves
                                                                Christopher Tarver Robertson
                                                                Frank W. Trapp
                                                                J. Rhea Tannehill, Jr.
                                                                James W. Craig

PROCEEDINGS: HEARING ON MOTIONS

HEARING HELD: Witnesses Testified; Evidence Entered; Orders Forthcoming.

**DAVID CREWS, CLERK**

By      s/Nita Morris
        Nita Morris, Courtroom Deputy Clerk