IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL CASE NO. 3:07CR192-B-A

RICHARD F. "DICKIE" SCRUGGS,
DAVID ZACHARY SCRUGGS, AND
SIDNEY A. BACKSTROM

**ORDER DENYING MOTION TO DISMISS INDICTMENT,
MOTION TO DISMISS COUNTS 2, 3, & 4, AND
MOTION FOR CHANGE OF VENUE**

In accordance with the bench opinions rendered in this cause on February 20 and 21, 2008, it is **ORDERED AND ADJUDGED**

that the defendants' motion to dismiss the indictment for outrageous government conduct is **DENIED**;

that the defendants' motion to dismiss counts 2, 3, & 4 of the indictment is **DENIED**; and

that the defendants' motion for change of venue is **DENIED**.

This, the 26th day of February, 2008.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**