AO 245B  (Rev. 12/03) Judgment in Criminal Case
         Sheet 2 — Imprisonment

**RECEIVED**
AUG - 5 2008
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| DEFENDANT: | Richard F. "Dickie" Scruggs |
| CASE NUMBER: | 3:07CR00192-001 |

Judgment — Page  2  of  6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

60 months on count 1 of the Indictment.

**X**  The court makes the following recommendations to the Bureau of Prisons:
The defendant is to be housed in a facility that can afford him the opportunities to participate in both mental health and drug treatment programs. It is further recommended the defendant be designated to FPC Pensacola for service of sentence.

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐  as notified by the United States Marshal.

**X**  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   **X**  before 12 noon on  August 04, 2008  .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  8-4-08  to  Ashland FCI, Ashland KY
a  11:00 AM , with a certified copy of this judgment.

Larry W. Wassler
UNITED STATES MARSHAL

By  Scott Peters, SDUSM
DEPUTY UNITED STATES MARSHAL

176