d. ORDERED that all DISCOVERY shall be completed on or before 7/1/10.

e. ORDERED that all MOTIONS, other than in limine motions, but including Daubert motions, shall be filed by 7/15/10. The deadline for in limine motions is ten (10) days before the pretrial conference, with responses due five (5) days before the pretrial conference.

f. ORDERED that the SETTLEMENT CONFERENCE in this case is set 10/6/10 at 9:00 a.m. with Judge Walker. Parties are to be present or immediately available by telephone at the conference.

g. ORDERED that the PRETRIAL CONFERENCE in this case is date to be announced. Parties are to be present or immediately available by telephone at the conference.

h. ORDERED that this case is set for JURY TRIAL :
    1. on a day certain beginning _____ or;
    2. during a 3 week trial calendar beginning 12/1/2010.

Estimated time of trial is  15  days.

i. CONFLICTS:  None . (The court will only consider conflicts specified in this ORDER)

SO ORDERED this the 29th day of October, 2009.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE

Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CORI RIGSBY and
KERRI RIGSBY                                                                                    RELATORS

VERSUS                                                  CIVIL ACTION NO. 1:06CV433-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY et al                          DEFENDANTS

## ORDER GRANTING IN PART MOTION FOR LIMITED AMENDMENT TO THE CMO

Before the Court is Defendant State Farm's [671] Motion for Limited Amendment to the Case Management Order. In its motion, State Farm requests the following out-of-time discovery: (1) deposition and document production of The Rendon Group (TRG); (2) follow-up 30(b)(6) deposition of SLF, Inc.; (3) follow-up deposition of the Rigsbys; and (4) extension of the motion deadline to August 16, 2010. The Rigsbys do no oppose out-of-time discovery with respect to TRG. Nor do they oppose an extension of the motion deadline to August 16, 2010. Accordingly, the motion is granted with respect to these two requests for relief.

The Rigsbys oppose resuming the depositions of SLF and of themselves. Rule 30(a)(2)(A)(ii) of the Federal Rules of Civil Procedure provides that a party must obtain leave of court to depose a party who has already been deposed in the case. Leave of court is conditioned on the necessity of the deposition in light of Fed. R. Civ. P. 26(b)(2), which provides, in part:

> (C) The frequency or extent of use of the discovery methods otherwise permitted under these rules and by any local rule shall be limited by the court if it determines that:
> (i) the discovery sought is unreasonably cumulative or duplicative, or is obtainable from some other source that is more convenient, less burdensome, or less expensive;

Exhibit F