IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                                                           CASE NO. 3:07cr192-NBB-SAA

RICHARD F. "DICKIE" SCRUGGS, ET AL.                                                 DEFENDANT

**STATE FARM FIRE AND CASUALTY COMPANY'S
MOTION TO WITHDRAW MOTION FOR RETURN OF PROPERTY**

State Farm Fire and Casualty Company ("State Farm"), through counsel, submits its withdrawal of its Motion for Return of Property [Doc. 294], as follows:

1.  On July 20, 2010, State Farm filed its motion pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure, for the United States to return property that State Farm believed may have been seized by searching agents while executing search warrant(s) issued in No. 3:07-mc-24 in this district.

2.  State Farm's motion was primarily seeking the recovery of the original of a document, to wit, an engineering report and "sticky note."  State Farm had reason to believe that the papers may have been in the possession of Scruggs Law Firm, P.A., and seized during the execution of search warrant(s) on the premises of Scruggs Law Firm.

3.  On July 27, 2010, the United States filed its response to State Farm's motion, and in its response the United States asserted that:

> Without waiving the fact that the search warrant proceedings are still under seal with this Court, the United States represents that the engineering report and "sticky note" requested by State Farm are not among those items sought or seized pursuant to the search warrant.  In fact, after a complete review, the United States would represent that no documents proprietary to State Farm are among the items seized in this matter.  The items seized pursuant to the warrant in this matter were

limited to copies (not originals) of computer files and computer hard drives.

*See* United States of America's Response to Motion for Return of Property and Motion to Dismiss for Failure to State a Claim, Doc. 298, at p. 2 of 4.

    4.    In view of the representation made by the United States that the subject document was not among the documents seized in this matter, the motion for return of property is rendered moot.

    5.    For these reasons, the movant State Farm hereby withdraws its Motion for Return of Property [Doc. 294], and requests that this Court enter an Order withdrawing the motion from the pleadings in this case.

This the 28th day of July, 2010.

    Respectfully submitted,

    STATE FARM FIRE AND CASUALTY COMPANY

By:  s/*James B. Tucker*
    James B. Tucker (MSB # 8297)
    Jeffrey A. Walker (MSB # 6879)
    Amanda B. Barbour (MSB # 99119)

    ITS ATTORNEYS

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) james.tucker@butlersnow.com
 (E) jeff.walker@butlersnow.com
 (E) amanda.barbour@butlersnow.com

# CERTIFICATE OF SERVICE

I, James B. Tucker, one of the attorneys for State Farm Fire and Casualty Company, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following via the means directed by the Court's CM/ECF System:

>Robert H. Norman
>UNITED STATES ATTORNEY'S OFFICE
>Northern District of Mississippi
>900 Jefferson Avenue
>Oxford, MS 38655-3608
>(P) (662) 234-3351
>(F) (662) 234-0657
>(E) bob.norman@usdoj.gov
>
>ATTORNEY FOR THE UNITED STATES
>
>Warren A. Braunig
>Brook Dooley
>John W. Keker
>Travis LeBlanc
>Jan Nielsen Little
>KEKER & VAN NEST
>710 Sansome Street
>San Francisco, CA  94111-1704
>(P) (415) 391-5400
>(E) wbraunig@kvn.com
>(E) bdooely@kvn.com
>(E) jkeker@kvn.com
>(E) jlittle@kvn.com
>
>Cal Mayo
>Pope Mallette
>MAYO MALLETTE, PLLC
>5 University Office Park
>2094 Old Taylor Road
>Post Office Box 1456
>Oxford, MS  38655
>cmayo@mayomallette.com
>pmallette@mayomallette.com
>
>ATTORNEYS FOR RICHARD SCRUGGS

THIS the 28th day of July, 2010.

                         By:    s/*James B. Tucker*
                                  JAMES B. TUCKER

Jackson 5411998v1