IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                                                              CASE NO. 3:07cr192-NBB-SAA

RICHARD F. "DICKIE" SCRUGGS, ET AL.                                              DEFENDANT

**ORDER ALLOWING STATE FARM FIRE AND CASUALTY COMPANY'S
WITHDRAWAL OF MOTION FOR RETURN OF PROPERTY**

This matter being considered on the motion of State Farm Fire and Casualty Company ("State Farm") to withdraw its previous Motion for Return of Property [Doc 294], and having considered the averments of the original motion, the government's Response to the Motion for Return of Property [Doc 298], and State Farm's motion to withdraw, the Court is of the opinion, so finds and orders that State Farm's motion to withdraw is well-taken and that withdrawal should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that State Farm's Motion to Withdraw its Motion for Return of Property [Doc 300] be and hereby is GRANTED. State Farm's Motion for Return of Property [Doc 294] is hereby WITHDRAWN from the papers in this cause.

SO ORDERED, this the   29th   day of   July  , 2010.

                                                    *s/Neal Biggers*
                                        UNITED STATES DISTRICT JUDGE

Jackson 5415772v1